1

2

3

4
**Honorable Ricardo S. Martinez**

5
UNITED STATES DISTRICT COURT
6
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
NATIONAL INDEMNITY COMPANY,

No.  2:23-cv-01355-RSM

8
Plaintiff,

**JOINT STIPULATION FOR FINDINGS AND ORDER OF DECLARATORY JUDGMENT**

9
vs.

10
SOUTH PARK MARINA, formerly known as
WILLARD S. CROW D/B/A SOUTHPARK
11
BOAT HAVEN,

12
Defendant.

13

14       Plaintiff National Indemnity Company ("NICO") and Defendant Southpark Marina,

15 formerly known as Willard S. Crow d/b/a Southpark Boat Haven, which is also known and/or

16 currently known as Southpark Marina Limited Partnership (hereinafter referred to as "South

17 Park"), stipulate as stated below:

18       1.       NICO and South Park entered into a contract of insurance, NICO policy No. GLA

19 28564, effective August 26, 1970, to August 26, 1971 ("Policy").

20       2.       NICO brought this action for a declaration pursuant to 28 U.S.C. §2201 *et seq.* that

21 the liability insurance issued under the Policy was for limits of $100,000.00 each occurrence for

22 Property Damage Liability.

23

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

3.      South Park contended and generally alleged, based on one or more documents referenced in or attached as Exhibits to the Complaint, that the liability insurance issued under the Policy was for limits of $300,000.00 per occurrence for Property Damage Liability.

4.      South Park agrees, for purposes of resolving the disputes between the parties regarding the per-occurrence limits and in connection with the resolution and forthcoming dismissal with prejudice of the Complaint, that the Policy was issued for limits of $100,000.00 each occurrence / per occurrence for Property Damage Liability.

Dated this 15th day of May, 2024.

FORSBERG & UMLAUF, P.S.

*s/ Carl E. Forsberg*
Carl E. Forsberg, WSBA #17025
901 Fifth Ave., Suite 1400
Seattle, WA  98164
Phone:  (206) 689-8500
cforsberg@foum.law
*Attorneys for Plaintiff*

Dated this 15th day of May, 2024.

KARR TUTTLE CAMPBELL

*s/ Thomas D. Adams*
Thomas D. Adams, WSBA #18470
701 Fifth Ave., Suite 3300
Seattle, WA  98104
Phone:  (206) 224-8026
tadams@karrtuttle.com
*Attorneys for Defendant*

## **FINDINGS AND DECLARATORY ORDER OF COURT**

After consideration of the foregoing Joint Stipulation for Findings, and the Court being fully advised in the premises, it is hereby ORDERED:

Under this Court's authority to enter declaratory relief requested in the Complaint and pursuant to 28 U.S.C. §2201 *et seq.*, it is hereby ordered and decreed that the limits of National Indemnity Company policy No. GLA 28564 were and are $100,000.00 each occurrence for Property Damage Liability.

DATED: May 20, 2024

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

FORSBERG & UMLAUF, P.S.

*s/ Carl E. Forsberg*
Carl E. Forsberg, WSBA #17025
*Attorneys for Plaintiff*

KARR TUTTLE CAMPBELL

*s/ Thomas D. Adams*
Thomas D. Adams, WSBA #18470
*Attorneys for Defendant*

Joint Stipulation for Findings and Order of Declaratory Judgment – 3
Case No.:  2:23-cv-01355-RSM

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX