Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NATIONAL INDEMNITY COMPANY,

    Plaintiff,

v.

SOUTH PARK MARINA, L.P., a Washington limited partnership,

    Defendant.

CASE NO. 2:23-cv-1355-RSM

STIPULATION AND ORDER OF DISMISSAL

Noted: May 21, 2024

COMES NOW Defendant South Park Marina, L.P. and with Plaintiff National Indemnity Company, by and through counsel of record, hereby jointly stipulate that this matter has been fully resolved to their mutual satisfaction. Accordingly, all claims in the above-entitled matter are hereby voluntarily dismissed with prejudice, and without costs, pursuant to F.R.C.P. 41.

IT IS SO STIPULATED this 21st day of May, 2024.

| FORSBERG & UMLAUF, PS | KARR TUTTLE CAMPBELL |
|---|---|
| *Carl E. Forsberg* | *s/Thomas D. Adams* |
| Carl E. Forsberg, WSBA #17025 | Thomas D. Adams, WSBA #18470 |
| 901 Fifth Ave., Suite 1400 | 701 5th Ave., Suite 3300 |
| Seattle, WA 98164 | Seattle, WA 98104 |
| Phone: (206) 689-8500 | Phone: (206) 223-1313 |
| Email: cforsberg@foum.law | Email: tadams@karrtuttle.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

STIPULATION AND ORDER OF DISMISSAL - 1
CASE NO. 2:23-cv-1355
#5570237 v2 / 37074-007

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

# ORDER OF DISMISSAL

THIS MATTER comes before the Court pursuant to the foregoing stipulation of the parties. With good cause having been shown, it is hereby ORDERED, ADJUDGED, AND DECREED that all claims in the above-entitled matter are hereby DISMISSED in their entirety with prejudice and without award of costs or fees to any party.

DATED this 10th day of June, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

**FORSBERG & UMLAUF, PS**

By: *s/Carl E. Forsberg*
Carl E. Forsberg, WSBA #17025
*Attorneys for Plaintiff*

**KARR TUTTLE CAMPBELL**

By: *s/Thomas D. Adams*
Thomas D. Adams, WSBA #18470
*Attorneys for Defendant*

STIPULATION AND ORDER OF DISMISSAL - 2
CASE NO. 2:23-cv-1355
#5570237 v2 / 37074-007

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100